# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Terrance Lymone Luke<br><br>Defendant | )<br>)  Case No. 3:18-MJ-647-BN (1)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Terrance Lymone Luke                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

from in or around February 2018 through in or around April 2018, in the Dallas Division of the Northern District of Texas and elsewhere, did knowingly agree with others, including Maurice Fitzgerald Thompson and others known and unknown, to commit sex trafficking through force, fraud and coercion in violation of 18 USC 1594(c)

Date:   9/18/18

*Issuing officer's signature*

City and state:   Dallas, Texas

United States Magistrate Judge David L. Horan
*Printed name and title*

### Return

This warrant was received on *(date)* 9/18/2018, and the person was arrested on *(date)* 11/19/2018
at *(city and state)* Dallas, Texas, 75208.

Date: 11/19/2018

*Arresting officer's signature*

John Jones Special Agent
*Printed name and title*

10745065